

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00428-CV

———————————————

NEAL BHATT D.M.D., PLLC, Appellant

V.

JOHN GAGE AND GAGE DENTAL, PLLC, Appellees

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 21-5001-442

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 8, 2022